UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**PACIFIC LIFE INSURANCE COMPANY**

v.  Case No: 5:20-cv-485-JSM-PRL

**MATTHEW A. PEREZ and CRISTINA J. PEREZ,**

    Defendants.

### Order

On May 18, 2021, the Court directed Defendant Cristina Perez to show cause why her motion for clerk's default as to Defendant Matthew Perez should not be denied for failure to show proper service of the Crossclaim. (Doc. 24). In response, Cristina Perez advised that she has corrected the service issue and will file an amended motion for clerk's default if Matthew Perez does not file a timely response to the Crossclaim. Accordingly, Cristina Perez's motion for clerk's default (Doc. 23) is terminated as moot.

**DONE** and **ORDERED** in Ocala, Florida on June 4, 2021.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties